# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALADEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>  Defendant. | Case No. 1:17-cv-00551-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF MOTION FOR INJUNCTIVE RELIEF<br><br>(ECF No. 12) |

Plaintiff Daniel Valadez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on April 19, 2017. (ECF No. 1.) That same day, Plaintiff also filed a motion for injunctive relief, requesting that the court order the California Department of Corrections and Rehabilitation to immediately allow Plaintiff family visits overnight. (ECF No. 3.)

On May 15, 2017, the assigned magistrate judge issued findings and recommendations, recommending denial, without prejudice, of Plaintiff's motion for a temporary restraining order and a preliminary injunction. (ECF No. 12.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id.) Plaintiff filed no objections, and the deadline for any remaining objections has now passed.

1

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a
2 | *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings
3 | and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 15, 2017 (ECF No. 12), are adopted in full;
2. Plaintiff's motion for a temporary restraining order and a preliminary injunction (ECF No. 3) is denied; and
3. The matter is referred back to the assigned magistrate for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 12, 2017**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE