# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALADEZ, | Case No. 1:17-cv-00551-LJO-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING |
| v. | DENIAL OF MOTION FOR INJUNCTIVE RELIEF |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | (ECF Nos. 17, 20) |
| Defendant. | |

Plaintiff Daniel Valadez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 6, 2017, the assigned Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for injunctive relief, filed April 19, 2017, be denied, without prejudice. (ECF No. 20.) Those Findings and Recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 2–3.) More than fourteen days have passed and no objections have bene filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on November 6, 2017, (ECF No. 20) are adopted in full; and

2. Plaintiff's motion for injunctive relief, (ECF No. 17) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**November 30, 2017**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE